UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THE SIERRA CLUB, et al., | No. C 11-0846 MEJ |
| Plaintiffs, v. | **ORDER FOR PARTIES TO FILE STATUS REPORT** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

The Court hereby ORDERS the parties to file a joint case status report by November 17, 2011.

**IT IS SO ORDERED.**

Dated: November 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge