David A. Bahr (Oregon Bar No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439
davebahr@mindspring.com

Kristin Henry (California Bar. No. 220908)
Sierra Club Environmental Law Program
85 Second St., 2nd Floor
San Francisco, CA 94105
(415) 977-5716
Kristin.Henry@Sierraclub.org

Attorneys for Plaintiffs

MELINDA HAAG (132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

**GRANTED**
*Judge Maria-Elena James*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE SIERRA CLUB** and **ENVIRONMENTAL INTEGRITY PROJECT,**<br><br>    Plaintiffs,<br><br>*vs.*<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>    Defendant. | Case No. C-11-0846-MEJ<br><br>**JOINT CASE MANAGEMENT REPORT** |

Joint Case Management Report
*11-846 MEJ*

1

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

This is an action brought by Plaintiffs pursuant to the Freedom of Information Act, 5 U.S.C. § 552, to compel production of documents. The information request upon which this suit is based, sought information submitted to defendant relating to the operations of coal-fired power plants owned by the Luminant corporation. On June 6, 2011, the Court referred the parties to a formal mediation process and appointed mediator Daniel Bowling, to provide guidance for settlement discussions. Dkt. Nos. 17 and 18, respectively. On June 27, 2011, the Court adopted the parties' proposed stipulation on mediation and briefing schedule. Dkt. No. 20. The order adopting the parties' stipulation called for the parties to report back to the Court regarding the status of their mediation efforts by October 1, 2011. The parties apologize to the Court that they did not submit this report by October 1, 2011.

The parties report to the Court that, with the assistance of mediator Daniel Bowling, they have engaged in a number of formal settlement conference calls, have exchanged proposals and have attempted to involve the Luminant corporation in the formal mediation process. The parties hoped that with Luminant's participation, defendant might be released from the time consuming process of independently evaluating Luminant's claims of confidentiality for the records at issue. Unfortunately, after an extended period, Luminant, declined to voluntarily participate in the mediation process.

The parties report that despite their efforts to explore settlement options, they do not believe that further resort to the Court's mediation program is reasonably likely to resolve this matter and therefore jointly request this matter be placed back on a briefing schedule. The parties propose the following

/ / /

/ / /

/ / /

Joint Case Management Report
11-846 MEJ

2

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439

schedule for briefing dispositive motions in this case:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | January 13, 2012 |
| Plaintiffs' Opposition, Cross-Motion: | February 10, 2012 |
| Defendant's Reply, Opposition: | March 9, 2012 |
| Plaintiffs' Reply: | April 6, 2012 |
| Hearing: | May 10, 2012, at 10:00 a.m. |

Respectfully submitted for the Court's consideration, this 17th day of November, 2011.

                                        MELINDA HAAG
                                      United States Attorney

   _s/ David Bahr_                         _s/ Abraham Simmons_
David Bahr (Oregon Bar No. 901990)    ABRAHAM SIMMONS
Bahr Law Offices, P.C.                     Assistant United States Attorney
1035 ½ Monroe Street                      Attorneys for Federal Defendant
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

Joint Case Management Report
*11-846 MEJ*
3
BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439