1   MELINDA HAAG (CSBA 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ABRAHAM A. SIMMONS (CSBN 146400)
    Assistant United States Attorney
4
5          450 Golden Gate Avenue, 9th Floor
           San Francisco, California 94102-3495
           Telephone:   (415) 436-7264
6          Facsimile:   (415) 436-6748
           Email:       abraham.simmons@usdoj.gov
7
    Attorneys for Federal Defendants
8
9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
13  THE SIERRA CLUB and              )   Case No. C 11-0846 MEJ
    ENVIRONMENTAL INTEGRITY          )
14  PROJECT,                         )
                                     )   DEFENDANT'S SECOND UNOPPOSED
15                 Plaintiffs,       )   ADMINISTRATIVE MOTION TO
                                     )   AUGMENT BRIEFING SCHEDULE;
16         v.                        )   DECLARATION OF COUNSEL;
                                     )   [PROPOSED] ORDER
17  UNITED STATES ENVIRONMENTAL      )
    PROTECTION AGENCY,               )
18                                   )
                   Defendant.        )
19  _____)

20                        ADMINISTRATIVE MOTION

21         Defendant United States Environmental Protection Agency ("EPA") by its attorney, the

22  United States Attorney for the Northern District of California, hereby requests a change in this

23  Court's January 25, 2012 briefing schedule.  Specifically, Defendant respectfully requests that

24  the Court consider defendant's February 13, 2012 brief as timely filed and extend the time for

25  Plaintiffs to file their Opposition and Cross-Motion to March 19, 2012.  The remaining dates,

26  including the hearing date, would remain the same.

27         This request is made on the ground that it is unopposed and two of the declarants

28  providing evidentiary support for defendant's motion were unavailable to sign their declarations

1  in a timely manner.

2                                    **FACTS**

3          Plaintiffs filed this action pursuant to the FOIA and the APA on February 23, 2011.  The

4  matter was referred to mediation on June 6, 2011. [Docket No. 17.] After several attempts to

5  resolve the matter, the case did not settle.  In their November 17, 2011 status report, the parties

6  presented the court with a proposed briefing schedule to resolve the issues by cross-motions for

7  summary judgment.[Docket No. 22.]  The court adopted the proposed schedule in its November

8  21, 2011 order. [Docket No. 23.] According to the schedule, defendant's motion was due by

9  January 13, 2012, plaintiff's opposition and cross-motion was due February 10, 1012, and replies

10 were due March 9, 2012 for an April 10, 2010 hearing on the cross motions.

11         Defendant was been unable to collect the information necessary to prepare its motion for

12 summary judgment by the January 13, 2012 due date for motions.  On January 25, 2010, this

13 court granted defendant's unopposed motion to adjust the briefing schedule and set the following

14 deadlines:

15         Defendant's Motion for Summary Judgment: February 3, 2012

16         Plaintiffs' Opposition, Cross-Motion: March 9, 2012

17         Defendant's Reply, Opposition: March 30, 2012

18         Plaintiffs' Reply: April 27, 2012

19         Hearing: May 10, 2012, at 10:00 a.m.

20         The defendant's motion for summary judgment relies principally on the declarations of

21 Leticia Lane and Janet Adams.  These witnesses were unavailable to sign their declarations in a

22 timely matter.  A signed version of the Lane declaration did not become available until

23 February 8, 2012 and the signed version of the Adams declaration did not become available until

24 February 13, 2012.

25         Plaintiffs have indicated they would not object to the defendant's motion to change to

26 February 13, 2012 the filing deadline for its summary judgment motion so long as the motion

FEDERAL DEFENDANT'S SECOND
MOTION FOR EXTENSION OF TIME
C 11-00846 MEJ                          2

1    does not change the hearing date for the motions and sets the following deadlines:

2          Defendant's Motion for Summary Judgment:     February 13, 2012

3          Plaintiff's Opposition, Cross-Motion:     March 19, 2012

4          Defendant's Reply:     March 30, 2012

5          Plaintiffs' Reply:     April 27, 2012

6          Hearing:     May 10, 2012

7    Defendant agreed to submit a request for the court to order these new dates.

8          Respectfully submitted,

9          MELINDA HAAG

10         United States Attorney

11

12   Dated: February 15, 2012     /s/

13         ABRAHAM A. SIMMONS
           Assistant United States Attorney
           Attorneys for the Federal Defendants

14   

15   **DECLARATION OF COUNSEL**

16

17       I, Abraham A. Simmons, do hereby declare under penalty of perjury the following:

18   1.    I am the Assistant United States Attorney assigned to this case.  I make this declaration of

19   my own knowledge and would competently testify to the facts in this declaration if called upon to

20   do so.

21   2.    Plaintiffs filed this action pursuant to the FOIA and the APA on February 23, 2011.  The

22   matter was referred to mediation on June 6, 2011. After several attempts to resolve the matter,

23   the case did not settle.

24   3.    In their November 17, 2011 status report, the parties presented the court with a proposed

25   briefing schedule to resolve the issues by cross-motions for summary judgment.  The court

26   adopted the proposed schedule in its November 21, 2011 order. According to the schedule,

27   defendant's motion was due by January 13, 2012, plaintiff's opposition and cross-motion was

28   FEDERAL DEFENDANT'S SECOND
     MOTION FOR EXTENSION OF TIME
     C 11-00846 MEJ    3

due February 10, 1012, and replies were due March 9, 2012 for an April 10, 2010 hearing on the cross motions.

4.      Defendant has been unable to collect and provide to me the information necessary for me to prepare its motion for summary judgment by the January 13, 2012 due date for motions.

5.      I communicated with plaintiff's counsel, David A. Bahr, regarding defendant's inability to meet this court's deadline.  Mr. Bahr informed me that plaintiff had no objection to defendant requesting a three-week extension of time to file its motion.

6.      The defendant's motion for summary judgment relies principally on the declarations of Leticia Lane and Janet Adams.  I am informed and believe these witnesses were unavailable to sign their declarations in a timely matter.  On February 10, 2012, Mr. Bahr graciously agreed to not oppose a request to extend the filing deadline to February 13, 2012 so long as the hearing date for the motion did not change and the court ordered the following dates:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | February 13, 2012 |
| Plaintiff's Opposition, Cross-Motion: | March 19, 2012 |
| Defendant's Reply: | March 30, 2012 |
| Plaintiffs' Reply: | April 27, 2012 |
| Hearing: | May 10, 2012 |

The effect of the schedule is to maintain the hearing date but shorten the time for defendants to respond to plaintiffs' opposition and cross-motion.

7.      A signed version of the Lane declaration did not become available until February 8, 2012 and the signed version of the Adams declaration did not become available until February 13, 2012.

        I swear under penalty of perjury under the laws of the United States that the foregoing is true.  Sworn this 15th day in February, 2012 in San Francisco, California.


                                        _____/s/_____
                                        Abraham A. Simmons

FEDERAL DEFENDANT'S SECOND
MOTION FOR EXTENSION OF TIME
C 11-00846 MEJ                          4

[PROPOSED] ORDER

Defendant's request to augment the briefing schedule is granted, the parties will observe the following briefing and hearing schedule:

Defendant's Motion for Summary Judgment:    February 13, 2012

Plaintiff's Opposition, Cross-Motion:    March 19, 2012

Defendant's Reply:    March 30, 2012

Plaintiffs' Reply:    April 27, 2012

Hearing:    May 10, 2012

Date:   February 16, 2012                    _____

                                          Chief United States Magistrate Judge