UNITED STATES DISTRICT COURT

Northern District of California

THE SIERRA CLUB, et al.,

           Plaintiffs,
  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

           Defendant.
_____/

No. C 11-0846 MEJ

**ORDER RE CROSS MOTIONS FOR SUMMARY JUDGMENT**

In this action, Plaintiffs seek — under the Freedom of Information Act and the Administrative Procedure Act — for Defendant to produce documents regarding the operation of coal-fired power plants owned by a third-party corporation in Texas. The parties have filed cross motions for summary judgment with respect to Plaintiffs' claims. Dkt. Nos. 26 and 32. The Court's review of the parties' papers shows that many of the issues in dispute may be resolved if the two sides meet and confer in a reasonable manner. Accordingly, the parties shall appear on **May 30, 2012** at **10:00 a.m.** in the undersigned's Chambers located on the 15th Floor of the Federal Courthouse and be prepared to meet and confer in good faith. The May 17, 2012 hearing on the cross motions for summary judgment is VACATED.

     **IT IS SO ORDERED.**

Dated: May 15, 2012

                                                        _____
                                                        Maria-Elena James
                                                        Chief United States Magistrate Judge