# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| THE SIERRA CLUB, et al., | No. C 11-0846 MEJ |
| Plaintiffs, | |
| v. | **ORDER RE: STATUS** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

The Court ORDERS the parties to file a joint status report by September 20, 2012.

**IT IS SO ORDERED.**

Dated: September 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge