David A. Bahr (Oregon Bar No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

Elena Saxonhouse (California Bar. No. 235139)
Sierra Club Environmental Law Program
85 Second St., 2nd Floor
San Francisco, CA 94105
(415) 977-5765
(415) 977-5793 (facsimile)
Elena.Saxonhouse@Sierraclub.org

Attorneys for Plaintiffs

MELINDA HAAG (132612)
United States Attorney
SARA WINSLOW (DCBN 457643)
Acting Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

GRANTED
Judge Maria-Elena James

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE SIERRA CLUB** and **ENVIRONMENTAL INTEGRITY PROJECT,**<br><br>    Plaintiffs,<br><br>  *vs*.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>    Defendant. | Case No. C-11-0846-MEJ<br><br>**JOINT CASE MANAGEMENT REPORT** |

Joint Case Management Report
*11-846 MEJ*

1

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439

This is an action brought by Plaintiffs pursuant to the Freedom of Information Act, 5 U.S.C. § 552, to compel production of documents. The information request upon which this suit is based, sought information submitted to defendant relating to the operations of coal-fired power plants owned by the Luminant corporation.

After the parties completed briefing cross-motions for summary judgment, but before oral argument on same, on May 20, 2012, the Court vacated the scheduled hearing and ordered the parties to meet and confer in her chambers on May 30, 2012. Dkt. No. 50. After fruitful discussion in chambers, the parties agreed to continue with informal settlement discussions in an effort to resolve this matter without further litigation. Accordingly, the parties engaged in a number of direct and informal settlement conference calls and have exchanged a settlement proposal. Additionally, the Parties wish to inform the Court that recent EPA enforcement activities involving Luminant Generation Company may impact EIP and Sierra Club's interest in the documents at issue in this matter. Unfortunately, the parties have not yet been able to obtain consensus on how to settle the case. They therefore desire additional time in which to explore a negotiated resolution to this dispute.

Accordingly, the parties propose that they be provided an additional two months in which to attempt to conclude their settlement negotiations and report back to the Court on the status of same no later than November 21, 2012.

Respectfully submitted for the Court's consideration, this 20th day of September, 2012.

                                                MELINDA HAAG
                                                United States Attorney

| _s/ David Bahr_ | _s/ Abraham Simmons_ |
|---|---|
| David Bahr (Oregon Bar No. 901990) | ABRAHAM SIMMONS |
| Bahr Law Offices, P.C. | Assistant United States Attorney |
| 1035 ½ Monroe Street | Attorneys for Federal Defendant |
| Eugene, OR 97402 | |
| (541) 556-6439 | |
| davebahr@mindspring.com | |

Joint Case Management Report    2    BAHR LAW OFFICES, P.C.
*11-846 MEJ*      1035 ½ Monroe Street
    Eugene, OR 97402
    (541) 556-6439