1  David A. Bahr (Oregon Bar No. 90199)
   Bahr Law Offices, P.C.
2  1035 ½ Monroe Street
   Eugene, OR  97402
3  (541) 556-6439
   davebahr@mindspring.com
4

5  Elena Saxonhouse (California Bar. No. 235139)
   Sierra Club Environmental Law Program
6  85 Second St., 2nd Floor
   San Francisco, CA 94105
7  (415) 977-5765
   (415) 977-5793 (facsimile)
8  Elena.Saxonhouse@Sierraclub.org

9
   Attorneys for Plaintiffs
10

11 MELINDA HAAG (132612)
   United States Attorney
12 SARA WINSLOW (DCBN 457643)
   Acting Chief, Civil Division
13 ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
14         450 Golden Gate Avenue, 9th Floor
           San Francisco, California 94102-3495
15         Telephone:    (415) 436-7264
           Facsimile:    (415) 436-6748
16         Email: abraham.simmons@usdoj.gov

17
   Attorneys for Federal Defendant
18

19            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
20              SAN FRANCISCO DIVISION

21
   THE SIERRA CLUB and ENVIRONMENTAL        Case No. C-11-0846-MEJ
22 INTEGRITY PROJECT,

23         Plaintiffs,                       SUPPLEMENTAL JOINT CASE
                                             MANAGEMENT REPORT
24    vs.

25 UNITED STATES ENVIRONMENTAL
   PROTECTION AGENCY,
26
           Defendant.
27

28

Supplemental Joint Case Management Report                    BAHR LAW OFFICES, P.C.
11-846 MEJ                              1                     1035 ½ Monroe Street
                                                             Eugene, OR  97402
                                                             (541) 556-6439

This is an action brought by Plaintiffs pursuant to the Freedom of Information Act, 5 U.S.C. § 552, to compel production of documents. The information request upon which this suit is based, sought information submitted to defendant relating to the operations of coal-fired power plants owned by the Luminant corporation.

After the parties completed briefing cross-motions for summary judgment, but before oral argument on same, on May 20, 2012, the Court vacated the scheduled hearing and ordered the parties to meet and confer in her chambers on May 30, 2012. Dkt. No. 50. After fruitful discussion in chambers, the parties agreed to continue with informal settlement discussions in an effort to resolve this matter without further litigation. Accordingly, the parties engaged in a number of direct and informal settlement conference calls and have exchanged a settlement proposal. Additionally, the Parties wish to inform the Court that recent EPA enforcement activities  involving Luminant Generation Company may impact EIP and Sierra Club's interest in the documents at issue in  this matter. Because the parties required additional time in which to explore possible resolution of this case, when they reported back to the Court on September 20, 2012, they requested that the case be stayed until November 21, 2012 by which time they would inform the Court of the status of their settlement efforts. Dkt. No. 52. The Court so ordered. Dkt. No. 53.

At this time, the parties have not yet been able to obtain consensus on how to settle the case. They therefore desire additional time in which to explore a negotiated resolution to this dispute.

Accordingly, the parties request that they be provided an additional month in which to attempt to

/ / /

/ / /

Supplemental Joint Case Management Report
11-846 MEJ

2

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

1   conclude their settlement negotiations and report back to the Court on the status of same no later than

2   December 21, 2012.

3       Respectfully submitted for the Court's consideration, this 21st day of November, 2012.

4
5                                                   MELINDA HAAG
                                                    United States Attorney
6
7    _s/ David Bahr_____            _s/ Abraham Simmons_____
     David Bahr (Oregon Bar No. 901990)      ABRAHAM SIMMONS
8    Bahr Law Offices, P.C.                   Assistant United States Attorney
     1035 ½ Monroe Street                     Attorneys for Federal Defendant
9    Eugene, OR  97402
     (541) 556-6439
10   davebahr@mindspring.com                   GRANTED. Parties
                                                shall report back
11                                              to the Court no
                                                later than
12                                              12/21/2012
                                                re settlement
13                                              negotiations.
                                                Dated: 11/21/2012
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Supplemental Joint Case Management Report          3          BAHR LAW OFFICES, P.C.
11-846 MEJ                                                          1035 ½ Monroe Street
                                                                    Eugene, OR  97402
                                                                    (541) 556-6439