1

2  David A. Bahr (Oregon Bar No. 90199)
   Bahr Law Offices, P.C.
3  1035 ½ Monroe Street
   Eugene, OR  97402
4  (541) 556-6439
   davebahr@mindspring.com

5  Elena Saxonhouse (California Bar. No. 235139)
   Sierra Club Environmental Law Program
6  85 Second St., 2nd Floor
   San Francisco, CA 94105
7  (415) 977-5765
   (415) 977-5793 (facsimile)
8  Elena.Saxonhouse@Sierraclub.org

9

10 Attorneys for Plaintiffs

11 MELINDA HAAG (CSBN 132612)
   United States Attorney
12 ALEX TSE (CSBN 152348)
   Acting Chief, Civil Division
13 ABRAHAM A. SIMMONS (CSBN 146400)
   Assistant United States Attorney
14     450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
15     Telephone:    (415) 436-7264
       Facsimile:    (415) 436-6748
16     Email: abraham.simmons@usdoj.gov

17

18 Attorneys for Federal Defendant

19         **IN THE UNITED STATES DISTRICT COURT**
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
20             **SAN FRANCISCO DIVISION**

21 **THE SIERRA CLUB** and **ENVIRONMENTAL**     Case No. C-11-0846-MEJ
   **INTEGRITY PROJECT,**
22                                              **SEVENTH SUPPLEMENTAL JOINT CASE**
23        Plaintiffs,                           **MANAGEMENT REPORT, NOTICE OF**
                                                **SETTLEMENT IN PRINCIPLE AND**
24     *vs*.                                    **[PROPOSED] ORDER**

25 **UNITED STATES ENVIRONMENTAL**
   **PROTECTION AGENCY,**
26
27        Defendant.

28

---

Seventh Supplemental Joint Case Management Re-          1          BAHR LAW OFFICES, P.C.
port, Notice Of Settlement In Principle and [Pro-                   1035 ½ Monroe Street
posed] Order - *11-846 MEJ*                                         Eugene, OR  97402
                                                                    (541) 556-6439

1       This is an action brought by Plaintiffs pursuant to the Freedom of Information Act, 5 U.S.C. §

2   552, to compel production of documents. After protracted settlement discussions and requests for addi-

3   tional time from this Court, as outlined in the Sixth Supplemental Joint Case Management Report, Dkt.

4   No. 65, on August 7, 2013, the Parties reported that they desired additional time to explore settlement of

5   this case. *Id.* Accordingly, the Court set September 4, 2013 as a deadline for the parties to report their

6   progress in this regard. Dkt. No. 66. The Parties apologize to the Court that they did not submit this re-

7   port by September 4, 2013 as they were in the midst of a flurry of end-stage settlement negotiations and

8   did not want to report back either that they had failed to settle the case or were seeking yet another ex-

9   tension for negotiations.

10      The Parties can now inform the Court that they have agreed in principle on settlement terms re-

11  solving this dispute but require additional time for formal approval. Accordingly, they seek an additional

12  three weeks, until October 8, 2013, in which to file a Settlement Agreement with the Court.

13      Respectfully submitted for the Court's consideration, this 19th day of September, 2013.

14                                                MELINDA HAAG

15                                                 United States Attorney

16    \_\_\_s/ David Bahr_____    \_s/ Abraham Simmons \_\_\_\_\_

       David Bahr (Oregon Bar No. 901990)    ABRAHAM SIMMONS

17     Bahr Law Offices, P.C.               Assistant United States Attorney

       1035 ½ Monroe Street             Attorneys for Federal Defendant

18

19

20                             **[PROPOSED] ORDER**

21      This matter having come before the Court upon the Parties' Seventh Joint Case Status Report,

22  Notice Of Settlement In Principle and proposed order, and the Court being fully advised in the premises

23  and good cause appearing;

24      IT IS HEREBY ORDERED that the Parties shall file a Settlement Agreement by October 8,

25  2013.

26      Dated this \_24\_ day of September, 2013.

27                      _____

       JUDGE MARIA-ELENA JAMES

28         UNITED STATES DISTRICT COURT



GRANTED

Judge Maria-Elena James

Seventh Supplemental Joint Case Management Re-
port, Notice Of Settlement In Principle and [Pro-
posed] Order - *11-846 MEJ*          2          BAHR LAW OFFICES, P.C.
                                                                    1035 ½ Monroe Street
                                                                    Eugene, OR  97402
                                                                     (541) 556-6439