David A. Bahr (Oregon Bar No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439
davebahr@mindspring.com

Elena Saxonhouse (California Bar. No. 235139)
Sierra Club Environmental Law Program
85 Second St., 2nd Floor
San Francisco, CA 94105
(415) 977-5765
(415) 977-5793 (facsimile)
Elena.Saxonhouse@Sierraclub.org

Attorneys for Plaintiffs

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Acting Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE SIERRA CLUB** and **ENVIRONMENTAL INTEGRITY PROJECT,**<br><br>    Plaintiffs,<br><br>*vs*.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>    Defendant. | Case No. C-11-0846-MEJ<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule 41(a)(2) and in accordance with, and subject to the provisions of, the Settlement Agreement and Release signed by the parties on October 1, 2013 Plaintiffs hereby dismiss with prejudice all claims, except for plaintiffs' claim for attorneys fees, brought in the Complaint filed in this action on February 23, 2011. Any and all claims for attorneys' fees will be resolved in accordance with the terms of the Settlement Agreement and Release.

                                                         MELINDA HAAG
                                                         United States Attorney

  /s/ David Bahr                                     /s/ Abraham Simmons
David Bahr (Oregon Bar No. 901990)      ABRAHAM SIMMONS
Bahr Law Offices, P.C.                           Assistant United States Attorney
1035 ½ Monroe Street                              Attorneys for Federal Defendant

### [PROPOSED] ORDER

IT IS SO ORDERED. All claims in this action, except plaintiffs' claims for attorneys' fees, are dismissed with prejudice.

Dated this __3RD__ day of January, 2014.

_____
JUDGE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT