UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No.  11-cv-00846-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 77-83 |

Pending before the Court Plaintiffs' Motion for Attorney's Fees and Costs.  Dkt. Nos. 77-83.  No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders.  *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James.  Plaintiffs shall immediately submit a chambers copy of the above-referenced documents.  ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE **THE RUNNING HEADER** CREATED BY THE ECF SYSTEM, AND (2) ALL **EXHIBITS WITH LABELED TAB DIVIDERS**.  If possible, the documents should be double-sided.

    **IT IS SO ORDERED.**

Dated: August 20, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge