UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No.  11-cv-00846-MEJ <br><br> **ORDER VACATING HEARING** <br><br> Re: Dkt. No. 77 |

This matter is currently scheduled for a hearing regarding Plaintiffs' motion for attorney's fees on November 13, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the November 13 hearing.  The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge