David A. Bahr (Oregon Bar No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439
davebahr@mindspring.com

Kristin Henry (California Bar. No. 220908)
Sierra Club Environmental Law Program
85 Second St., 2nd Floor
San Francisco, CA 94105
(415) 977-5716
Kristin.Henry@Sierraclub.org

Attorneys for Plaintiffs

MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
	Telephone:	(415) 436-7264
	Facsimile:	(415) 436-6748
	Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **THE SIERRA CLUB** and **ENVIRONMENTAL INTEGRITY PROJECT,**<br><br>        Plaintiffs,<br><br>   *vs*.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>        Defendant. | Case No. C-3:11-0846-MEJ<br><br>[~~PROPOSED~~] ORDER RE: SETTLEMENT AGREEMENT AND RELEASE |

1  On February 2, 2015, the parties filed a Settlement Agreement and Release. [Docket No. 114.] Good
2  cause appearing, the stipulation is hereby **APPROVED.**
3  **IT IS SO ORDERED.**
4
5  February  5 , 2015                          _____
                                               Hon. Maria-Elena James, U.S. Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SETTLEMENT AGREEMENT AND RELEASE
11-846 MEJ                                       2